UNITED STATES of America,
Plaintiff—Appellee,

v.

Anthony D. PERKINS, Defendant—Appellant.

No. 08–1648.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 13, 2008.

Filed: March 10, 2009.

1. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

Travis D. Poindexter, Asst. Fed. Public Defender, Kansas City, MO (Raymond C. Conrad, Jr., Fed. Public Defender, on the brief), for appellant.

Paul S. Becker, Asst. U.S. Atty., Kansas City, MO (John F. Wood, U.S. Atty., on the brief), for appellee.

Before MELLOY, BEAM, and GRUENDER, Circuit Judges.

PER CURIAM.

The appellant in this case was sentenced as an armed career criminal. While it appears Mr. Perkins may have two qualifying offenses for armed career criminal status, that is, two robbery convictions, the third qualifying predicate is for auto tampering. Our court has now determined that auto tampering is not a crime of violence for purposes of armed career offender status. *See United States v. Williams,* 537 F.3d 969 (8th Cir.2008).

Accordingly, the sentence is reversed and the matter remanded for resentencing in accordance with *Williams.*